# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| JASMINE CHEEKS, | Case No. 3:23-cv-00102 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| CHECKR, INC., | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION (DOC. 8)

This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration (Doc. 8). For the reasons stated by the parties, and for good cause shown, the Court GRANTS the Motion and STAYS this litigation until resolution of the parties' arbitration.

The parties are ORDERED to file a joint status report every ninety (90) days until the arbitration is complete. If the arbitration is completed before that time, the parties shall notify the Court in writing no later than fourteen (14) days after its completion.

**IT IS SO ORDERED.**

                                          */s/ Caroline H. Gentry*
                                          Caroline H. Gentry
                                          United States Magistrate Judge

Any party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by a District Judge. 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a). The motion must specifically designate the order or part in question and the basis for any objection. Responses to objections are due ten days after objections are filed and replies by the objecting party are due seven days thereafter. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

This order is in full force and effect, notwithstanding the filing of any objections, unless stayed by the Magistrate Judge or District Judge. S.D. Ohio Civ. R. 72.4.