# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| JASMINE CHEEKS, | Case No. 3:23-cv-00102 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| CHECKR, INC., | |
| Defendant. | |

# ORDER

On June 5, 2023, the Court granted the parties' Joint Motion to Stay Proceedings Pending Arbitration and ordered the parties to file a joint status report every ninety days until the arbitration is complete. (Doc. No. 9.) To date, the parties have not filed a status report. The parties are **DIRECTED** to file a joint status report **WITHIN SEVEN DAYS** of the date of this Order.

   **IT IS SO ORDERED.**

                                                         */s/ Caroline H. Gentry*
                                                         Caroline H. Gentry
                                                         United States Magistrate Judge

1